*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


# MEMORANDUM OPINION

No. 04-12-00119-CR

**IN RE** Joe Rafael **JIMENEZ, Jr.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:  March 14, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On February 24, 2012, relator Joe Rafael Jimenez, Jr. filed a petition for writ of mandamus, contending he filed a writ of habeas corpus in the trial court and asking that we dismiss the charges against him. However, counsel has been appointed to represent relator in the criminal proceeding pending in the trial court for which he is currently confined. A criminal defendant is not entitled to hybrid representation. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). A trial court has no legal duty to rule on *pro se* motions or petitions filed with regard to a criminal proceeding in which the defendant is represented by counsel. *See Robinson*, 240 S.W.3d at 922.

---

[1] This proceeding arises out of Cause No. 2011-CR-7653, styled *State of Texas v. Joe Rafael Jimenez, Jr.*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable Lori I. Valenzuela presiding.

Consequently, the trial court did not abuse its discretion by declining to rule on relator's *pro se* motions or petitions filed in the criminal proceeding pending in the trial court. Accordingly, the petition for writ of mandamus is denied. TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH